**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA P.-A., | No. 1:25-cv-02080 KES FJS (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security[1], et al., | |
| Respondents. | Doc. 14 |

Petitioner Andrea P.-A. is a former immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting her detention violated her due process rights. *See generally* Doc. 1.

On January 1, 2026, Petitioner filed a motion for temporary restraining order. Doc. 4. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the matter to the magistrate judge for further proceedings. Doc. 12. The parties declined to submit additional briefs prior to adjudication of the petition.

On February 12, 2026, the magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus, for the same reasons the Court found Petitioner was entitled

---

[1] The petition named Kristi Noem as a respondent in her capacity as the Secretary of the Department of Homeland Security. As Markwayne Mullin, who was sworn in as the Secretary on March 24, 2026, has been automatically substituted as the respondent. *See* Fed. R. Civ. P. 25(d).

1

to a preliminary injunction.  Doc. 14 at 2.  The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within 21 days.  *Id.* Respondents filed objections, reiterating the arguments made in their prior filings.  Doc. 15.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.    The findings and recommendations issued on February 12, 2026 (Doc. 14) are ADOPTED in full.

2.    The petition for writ of habeas corpus is GRANTED.

3.    Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner Andrea P.-A. unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that she is a flight risk or danger to the community such that her physical custody is legally justified.[2]

4.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[2] This Order does not address the circumstances in which Respondents may detain Petitioner in the event she becomes subject to an executable final order of removal.

2